**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**LADAH LAW FIRM**
517 South Third Street
Las Vegas, NV 89101
T 702.252.0055
F 702.248.0055
litigation@ladahlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GILBERTO QUIROZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES POSTAL SERVICE; DOES I through XX, inclusive and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>　　　　　Defendant. | Case No:   2:24-CV-00706<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff Gilberto Quiroz and Federal Defendant United States Postal Service ("USPS"), through undersigned counsel, hereby submit this stipulation to extend the date to file an Opposition to Defendant's Motion to Dismiss.

Plaintiff filed his Complaint on April 11, 2024. Federal Defendant was served with Plaintiff's Complaint on April 22, 2024. Pursuant to the Stipulation of the parties, Defendant's responsive pleading was due July 22, 2024. On that date, Defendant filed a Motion to Dismiss. The current deadline for Plaintiff to respond to Defendant's Motion is August 5, 2024. Plaintiff and Federal Defendant, through undersigned counsel, agree and stipulate that Plaintiff's time to respond to Defendant's Motion to Dismiss be extended to September 6, 2024. This is the first request for an extension of time. The extension of time is necessary because Plaintiff's Counsel is unavailable for much of August due to a State Court Trial. Therefore, the parties request that

the Court extend the deadline for Plaintiff respond to Defendant's Motion to Dismiss to September 6, 2024. This stipulated request is filed in good faith and not for the purposes of undue delay.

      Respectfully submitted this day of August 2024.

| LADAH LAW FIRM | U.S. ATTORNEY'S OFFICE JASON M. FRIERSON, United States Attorney |
|---|---|
| /s/ Ramzy P. Ladah<br>RAMZY P. LADAH, ESQ.<br>ANTHONY L. ASHBY, ESQ.<br>Nevada Bar No. 4911<br>517 South Third Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff | /s/ Virginia Tomova<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar No. 12504<br>501 South Las Vegas Blvd., Suite #1100<br>Las Vegas, Nevada 89101<br>Attorneys for the Federal Defendant |

**IT IS SO ORDERED:**



UNITED STATES DISTRICT JUDGE

DATED: August 5, 2024

2