**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**CASSANDRA S.M. CUMMINGS, ESQ.**
Nevada Bar No. 11944
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorneys for Plaintiff*

LADAH LAW FIRM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Gilberto Quiroz,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendants. | CASE NO. : 2:24-cv-00706-RFB-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff GILBERTO QUIROZ ("Plaintiff"), by and through his counsel of record Ramzy P. Ladah, Esq. and Cassandra S.M. Cummings, Esq., of the Ladah Law Firm, and Defendant UNITED STATES OF AMERICA, by and through its counsel of record James R. Sweetin, Esq., that all claims between Plaintiff and Defendant are hereby dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that all parties will bear their own costs and attorneys' fees incurred in relation to this matter.

///

///

///

///

///

LADAH LAW FIRM

IT IS FURTHER STIPULATED AND AGREED that this case be dismissed with prejudice by the Court and that any pending hearings be vacated and that the case be closed.

DATED this 23rd day of September, 2026.

LADAH LAW FIRM

*/s/ Ramzy P. Ladah*

______________________________

**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**CASSANDRA S.M. CUMMINGS, ESQ.**
Nevada Bar No. 11944
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

DATED this 23rd day of September, 2026.

Assistant United States Attorney

*/s/ James R. Sweetin*

______________________________

**JAMES R. SWEETIN, ESQ.**
Nevada Bar No. 5144
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
*Attorney for Defendant*

**IT IS SO ORDERED:**

**DATED:** September 23, 2026.

______________________________

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**